

FILED
July 01, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001929884

2

SUNTAG & FEUERSTEIN
A Professional Corporation
ABRAM S. FEUERSTEIN (State Bar No. 133775)
The Kress Building
20 N. Sutter Street, 4th Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905

Attorneys for
Gary R. Farrar, Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

MICHAEL JAMES WAGNER and BEVERLEY ANNE WAGNER,

Debtors.

Case No. 09-91246-D-7
Chapter 7

DC No. SF-2

STIPULATION EXTENDING DEADLINE FOR TRUSTEE TO OBJECT TO EXEMPTIONS

(No Hearing Requested)

Michael James Wagner and Beverley Ann Wagner, the Debtors herein (the "Debtors") and Gary R. Farrar, the Chapter 7 Trustee ("Trustee") of the Debtors' bankruptcy estate, hereby stipulate that the deadline for trustee to object to the

06/30/2009 04:37 209-536-9579 GERMAIN LAW PAGE 01/01
6-30-09;13:22 ;SUNTAG & FEUERSTEIN ;2098430805

exemptions claimed by the Debtors shall be continued thirty (30) days to and including August 1, 2009.

SUNTAG & FEUERSTEIN

BY: [signature]
Abram S. Feuerstein
Attorneys for Trustee

BY: [signature]
Michael R. Germain, Esq.
Attorneys for Debtors

STIPULATION RE DEADLINE
TO OBJECT TO EXEMPTIONS -2-